# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity, National Family Farm Coalition, Center for Food Safety, and Pesticide Action Network North America,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, Andrew Wheeler, in his official capacity as Administrator, and Edward Messina, in his official capacity as Director of the Office of Pesticide Programs,<br><br>Defendants,<br><br>and<br><br>Bayer CropScience LP, BASF Corporation, and Syngenta Crop Protection, LLC,<br><br>Proposed Defendant-Intervenors. | No. CV-20-00555-DCB<br><br>**[PROPOSED] ORDER GRANTING INTERVENTION** |

Having considered Bayer CropScience LP's, BASF Corporation's, and Syngenta Crop Protection, LLC's (collectively "Proposed Intervenors") respective Motions to Intervene, pursuant to Federal Rule of Civil Procedure 24(a)(2),

**IT IS HEREBY ORDERED** that Proposed Intervenors' Motions to Intervene are GRANTED.

**IT IS FURTHER ORDERED** that Proposed Intervenors are GRANTED permission to file their respective answers or other responsive pleading to the Complaint on the same date as Defendants.

**IT IS FURTHER ORDERED** that:

1. Proposed Intervenors will coordinate briefing to avoid repetition.
2. The three current Proposed Intervenors will file consolidated briefs together with separate sections or individual addenda as needed to reflect any necessary individual Intervenor points.
3. The Proposed Intervenors will limit their total pages in all briefs (whether in a single brief or a brief with individual Intervenor addenda) to 125% of the pages for the other parties for the same type of brief, whether under the rules or as otherwise granted by the Court. If the specific contents of the administrative record (once it is produced) raises any unanticipated additional need for pages, Proposed Intervenors will separately move the Court for additional relief.