**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-20-00555-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Environmental Protection Agency, et al., | |
| Defendants. | |

On July 9, 2020, the Court stayed this case for 90 days or until the D.C. Circuit motions panel indicates whether it will decide or decides the jurisdictional question, whichever comes first. On July 22, the Plaintiffs filed a status report indicating that the D.C. Circuit Court has referred its case, including the jurisdictional question to a merits panel. Plaintiffs ask this Court to lift the stay and determine jurisdiction. The Plaintiffs propose a briefing schedule for filing a Motion to Determine Jurisdiction on August 6, 2021. The Intervenors do not agree to the Plaintiffs' proposed briefing schedule.

The Court intends to address jurisdiction before deciding the merits of the Intervenors' request to transfer the case, especially the Court seeks briefing on the propriety of two courts exercising jurisdiction simultaneously to decide the question of jurisdiction.

**Accordingly,**

**IT IS ORDERED** that the stay is lifted.

**IT IS FURTHER ORDERED** that Plaintiffs shall file the Motion to Determine Jurisdiction by August 6, 2021. Unless directed otherwise by the Court, briefing shall be pursuant to LRCiv. 7.2, including 14 days for filing responsive memorandum.

Dated this 27th day of July, 2021.

_____
Honorable David C. Bury
United States District Judge