Philip J. Perry (D.C. Bar No. 434278)*
Richard P. Bress (D.C. Bar No. 457504)*
Andrew D. Prins (D.C. Bar No. 998490)*
Stacey L. VanBelleghem (D.C. Bar No. 988144)*
Ryan S. Baasch (D.C. Bar No. 144370)*

LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, D.C. 20004
Tel: (202) 637-2200
philip.perry@lw.com
rick.bress@lw.com
andrew.prins@lw.com
stacey.vanbelleghem@lw.com
ryan.baasch@lw.com

*Admitted *pro hac vice*

Counsel for Intervenor-Defendant
Bayer CropScience LP

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity, National Family Farm Coalition, Center for Food Safety, and Pesticide Action Network North America,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, Andrew Wheeler, in his official capacity as Administrator, and Edward Messina, in his official capacity as Director of the Office of Pesticide Programs,<br><br>Defendants,<br><br>and<br><br>Bayer CropScience LP,<br><br>Intervenor-Defendant. | No. 4:20-CV-00555-DCB<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

# NOTICE OF WITHDRAWAL AS COUNSEL

Effective today, Ryan S. Baasch is withdrawing as counsel in the above-captioned action because he is leaving the law firm of Latham & Watkins LLP. Attorneys from Latham & Watkins LLP who have appeared in this matter will continue to represent Intervenor-Defendant Bayer CropScience LP in this matter.

Date: September 28, 2021

Respectfully submitted,

*/s/ Ryan S. Baasch*
Philip J. Perry (D.C. Bar No. 434278)*
Richard P. Bress (D.C. Bar No. 457504)*
Andrew D. Prins (D.C. Bar No. 998490)*
Stacey L. VanBelleghem (D.C. Bar No.* 988144)
Ryan S. Baasch (D.C. Bar No. 144370)*

LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C.  20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: ryan.baasch@lw.com

*Admitted *pro hac vice*

*Counsel for Bayer CropScience LP*