ANDREW S. COGHLAN
*Trial Attorney*
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
Phone: (202) 532-3252
andrew.coghlan@usdoj.gov

J. BRETT GROSKO
*Senior Trial Attorney*
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0342
brett.grosko@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON DIVISION

|  |  |
|---|---|
| **Center for Biological Diversity**, *et al.*, | ) No. 4:20-cv-00555-DCB |
| Plaintiffs, | ) |
| v. | ) **REPORT REGARDING NOTICE** ) **OF REGULATORY ACTION** |
| **United States Environmental Protection Agency, et al.**, | ) |
| Federal Defendants, and | ) |
| **Bayer Cropscience LP, BASF Corp., and Syngenta Crop Protection, LLC**, | ) |
| Defendant-Intervenors. | ) |

Federal Defendants U.S. Environmental Protection Agency, *et al.* ("EPA") submit this Report to inform the Court that EPA has taken regulatory action to approve label amendments requested by the registrants for the pesticide registrations at issue in this litigation.

On December 21, 2021, EPA released a report on impacts of over-the-top dicamba use on non-target crops during the 2021 growing season. *See* Report Regarding Potential Future Regulatory Action, ECF 65 (Dec. 22, 2021). Following the release of EPA's report, the registrants submitted requests to EPA for label amendments further restricting the use of over-the-top dicamba in Minnesota and Iowa. The registrants' requested restrictions are intended to reduce the likelihood of volatility and offsite movement of over-the-top dicamba by avoiding application on days with high temperatures. EPA approved the requested label amendments on March 15, 2022. *See* Letter from Lindsay Roe, EPA, to Amy McCaskill, Syngenta Crop Protection, LLC (Mar. 15, 2022) (attached as Exhibit 1); Letter from Lindsay Roe, EPA, to Steven Callen, Bayer CropScience LP (Mar. 15, 2022) (attached as Exhibit 2); Letter from Lindsay Roe, EPA, to Jeffrey H. Birk, BASF (Mar. 15, 2022) (attached as Exhibit 3).

EPA will confer with the parties in this case regarding these actions and will apprise the Court and parties of any further regulatory developments.

DATED this 16th day of March, 2022.


/s/ Andrew S. Coghlan
*Attorney for Federal Defendants*

REPORT REGARDING NOTICE OF REGULATORY ACTION
4:20-cv-00555-DCB

1

**CERTIFICATE  OF SERVICE**

I HEREBY  CERTIFY  that  on March 16 2022, I filed  the foregoing  document electronically  through  the CM/ECF system,  which  caused all parties  or counsel  of record to be served  by electronic  means,  as more  fully  reflected  on the Notice of Electronic Filing.

/s/ Andrew  S. Coghlan
ANDREW  S. COGHLAN
Attorney  for Federal Defendants