# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-20-00555-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Environmental Protection Agency, et al., | |
| Defendants. | |

The parties anticipated resolving this case by cross motions for summary judgment, but now that the time for filing the cross motions approaches, the Plaintiff proposes it file on opening motion for summary judgment motion, with responses being filed by Defendant EPA and the Intervenor Defendants, and Plaintiff filing a reply. Plaintiff proposes that the Court allow the briefs to be in excess of the 17-page limit. Both Defendant and Defendant Intervenor object to the change from cross motions to one motion, response and reply. The Court shall retain the original plan for cross motions.

The parties agree excess pages will be necessary because of the complex nature of this case. While all parties intend that Plaintiff open disposition of the case by filing a Motion for Summary and Defendant and Defendant Intervenor each file a separate Cross motion/Response, none of the parties propose the Plaintiff file separate responses to the cross motions. The parties are at odds as to how many pages should be allowed over 17 pages. The Plaintiff agrees to file one combined Response/Reply. Such cooperation should

not disadvantage the Plaintiff. In the interest of fairness, the Court finds the page lengths proposed by the Plaintiff afford ample opportunity to brief the issues. Plaintiff does not object to the Defendant EPA's request to extend the time allowed for briefing the motion to accommodate these more expansive briefs.

**Accordingly,**

**IT IS ORDERED** that the Motion to Exceed Page Limit (Doc. 94) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Summary Judgment may be up to 40 pages and shall be filed no later than January 18, 2023.

**IT IS FURTHER ORDERED** that within 45 days of the filing date for the Motion for Summary Judgment, the Defendant and Defendant Intervenors shall file their Cross motions/Responses; these briefs may each be 30 pages long.

**IT IS FURTHER ORDERED** that within 30 days from the filing date of Cross motions/Responses, the Plaintiff shall file a combined Responses/Reply, which shall not exceed 40 pages.

**IT IS FURTHER ORDERED** that within 14 days of the filing date of the Plaintiff's Responses/Reply, the Defendant and Defendant Intervenor may file separate Replies, with each document not to exceed 15 pages.

Dated this 20th day of December, 2022.

_____
Honorable David C. Bury
United States District Judge