# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-20-00555-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Environmental Protection Agency, et al., | |
| Defendants. | |

The undersigned has carefully considered each party's submission in connection with the upcoming settlement conference and has determined that a settlement conference would not be productive at this time. Therefore,

**IT IS ORDERED** that the settlement conference set for February 14, 2023, is **vacated**.

Dated this 9th day of February, 2023.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge