George A. Kimbrell (WSB 36050) (*Pro Hac Vice*)
Sylvia Shih-Yau Wu (CSB 273549) (*Pro Hac Vice*)
Meredith Stevenson (CSB 328712) (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@centerforfoodsafety.org
swu@centerforfoodsafety.org
mstevenson@centerforfoodsafety.org

Stephanie M. Parent (OSB 925908) (*Pro Hac Vice*)
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
T: (971) 717-6404
Email: sparent@biologicaldiversity.org

*Counsel for Plaintiffs*

**THE UNITED STATES DISTRICT COURT**
**OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>United States Environmental Protection Agency, et al.<br><br>*Defendants,*<br><br>and<br><br>Bayer CropScience LP, et al.<br><br>*Defendant-Intervenors.* | Case No. CV-20-00555-DCB<br><br>**PLAINTIFFS' MOTION TO SHORTEN TIME** |

Plaintiffs respectfully move this Court for an order shortening the time for briefing their Motion for Leave to File the Third Amended and Supplemental Complaint. For the reasons set forth below and in Plaintiffs' attached declaration, Plaintiffs seek expedition of the briefing schedule on Plaintiffs' Motion for Leave as follows:

Briefing Schedule:

- Friday, February 24, 2023: Defendants' and Defendant-Intervenors' Responses to Plaintiffs' Motion for Leave to Amend due; and
- Monday, February 27, 2023: Plaintiffs' Reply due.

**REASONS FOR REQUESTED SHORTENING OF TIME**

On February 7, 2023, this Court extended Plaintiffs' due date for their Motion for Summary Judgment for a third time, from February 8, 2023, to March 10, 2023. Order, ECF No. 129. Plaintiffs had requested this extension in light of EPA's notice to the parties and the Court that EPA planned to decide on Intervenors' proposed amendments to the challenged registration decision at issue in this case sometime by middle of February, which would have been just a week after Plaintiffs' previous February 8, 2023 due date for their Motion for Summary Judgment. Mot. Extend Time, ECF No. 128.

On February 16, 2023, EPA amended its Registration Decision to add a June 12th cutoff date for Iowa, Illinois, and Indiana, and to add a June 20th cutoff date for South Dakota. *See* Notice, ECF No. 137. Today (February 20), Plaintiffs promptly filed a Motion for Leave to Amend and Supplement the Second Amended Complaint, ECF No. 138, to supplement with factual and legal allegations regarding the 2023 amendments. Additionally, Plaintiffs sought leave to amend the Second Amended Complaint with a claim and factual allegations regarding EPA's failure to follow its post-cancellation procedures for re-registering pesticides/pesticide uses following a cancellation order. *Id.*

Plaintiffs move to shorten the briefing and hearing schedule on their Motion for Leave to Amend to provide the Court sufficient time to decide the Motion without further extended delay on Plaintiffs' Motion for Summary Judgment due date on March 10, 2023. Under Local Rule 7.2(c), without shortening, EPA and Intervenors' Responses on Plaintiffs' request for a third amended complaint would not be due until March 6, 2023, just days before the current deadline for Plaintiffs' Motion for Summary Judgment (March 10, 2023). *See* Order, ECF No. 129. As discussed in numerous filings in this case, Plaintiffs have tried their best to resolve this matter as expeditiously as possible, in light of the upcoming 2023 growing season and ongoing harm to Plaintiffs' members, accordingly a motion to shorten time on briefing Plaintiffs' request to amend and supplement the complaint, after Intervenors and EPA once again amended the challenged registration decision, is necessary to assure minimum delay to the present summary judgment briefing.

On February 17, 2023, Plaintiffs sought EPA's and Intervenors' positions on this Motion to Shorten Time. EPA did not respond with a position on this Motion. Intervenors Bayer, BASF, and Syngenta do not oppose an expedited briefing schedule, provided the deadline for their oppositions to the Motion for Leave to Amend is set for February 28. *See* Stevenson Decl.

This Motion is made pursuant to Rule 6 of the Federal Rules of Civil Procedure and is supported by the Declaration filed concurrently.

Respectfully submitted this 20th day of February, 2023.

s/ Meredith Stevenson
Meredith Stevenson (*Pro Hac Vice*)
George Kimbrell (*Pro Hac Vice*)
Sylvia Shih-Yau Wu (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails: mstevenson@centerforfoodsafety.org
gkimbrell@centerforfoodsafety.org
swu@centerforfoodsafety.org

Stephanie M. Parent (*Pro Hac Vice*)
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
T: (971) 717-6404
Email: sparent@biologicaldiversity.org

*Counsel for Plaintiffs*