George A. Kimbrell (WSB 36050) (Pro Hac Vice)
Sylvia Shih-Yau Wu (CSB 273549) (*Pro Hac Vice*)
Meredith Stevenson (CSB 328712) (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails: gkimbrell@centerforfoodsafety.org
swu@centerforfoodsafety.org
mstevenson@centerforfoodsafety.org

Stephanie M. Parent (OSB 925908) (*Pro Hac Vice*)
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
T: (971) 717-6404
Email: sparent@biologicaldiversity.org

*Counsel for Plaintiffs*

**THE UNITED STATES DISTRICT COURT**
**OF ARIZONA**

| | | |
|---|---|---|
| Center for Biological Diversity, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>United States Environmental Protection Agency, et al.,<br><br>*Defendants,*<br><br>and<br><br>Bayer CropScience LP, et al.,<br><br>*Defendant-Intervenors.* | ) | Case No. CV-20-00555-DCB<br><br>**DECLARATION OF MEREDITH STEVENSON IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME** |

I, Meredith Stevenson, hereby declare as follows:

1. I serve as counsel for Plaintiffs Center for Food Safety, Center for Biological Diversity, National Family Farm Coalition, and Pesticide Action Network in the above-captioned case. I have personal knowledge of the facts stated herein.

2. Good cause exists for shortening the briefing schedule for Plaintiffs' Motion for Leave to File the Third Amended and Supplemental Complaint. *See* ECF No. 138 Under Local Rule 7.2(c), EPA and Intervenors' Responses would not be due until March 6, 2023, leaving just a few days until Plaintiffs' Motion for Summary Judgment due date on March 10, 2023. *See* Order, ECF No. 129.

3. On February 17, 2023, I solicited the positions of the other parties on Plaintiffs' current request to shorten the Motion for Leave briefing schedule to require EPA and Intervenors to file Responses by Friday, February 24, 2023, and Plaintiffs to file their Reply on February 27, 2023. EPA did not respond with a position. Intervenors Bayer, BASF, and Syngenta do not oppose an expedited briefing schedule, provided the deadline for their oppositions to the Motion for Leave to Amend is set for February 28.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 20th day of February, 2023.

s/ Meredith Stevenson
Meredith Stevenson (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Email: mstevenson@centerforfoodsafety.org

*Counsel for Plaintiffs*