**THE UNITED STATES DISTRICT COURT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>United States Environmental Protection Agency, et al.,<br><br>*Defendants,*<br><br>and<br><br>Bayer Cropsciences LP, et al.,<br><br>*Defendant-Intervenors.* | Case No. CV-20-00555-DCB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME |

Having considered Plaintiffs' Motion to Shorten Time for Briefing on Their Motion for Leave to File the Third Amended and Supplemental Complaint, the Court HEREBY GRANTS Plaintiffs' Motion.